FLAVIO J. CASERTA ET AL. *v.* HERBERT E. WETMORE

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted.

*Valentino D. Clementino,* for the appellee (defendant).

*Thomas P. Heslin,* for the appellants (plaintiffs).

Argued November 5—decided November 5, 1963

MARY J. KREJPCIO ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF HARTFORD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.

*William C. Bieluch,* with whom was *Alfred V. Covello,* for the appellees (plaintiffs).

*Russell L. Post,* for the appellants (defendants Humble Oil and Refining Company et al.).

*Joseph J. Burns,* assistant corporation counsel, for the appellant (named defendant).

Argued November 5—decided November 5, 1963

LORING J. WHITESIDE *v.* WILLIAM T. BURLANT, SHERIFF

The motion by the plaintiff that the judgment and sentence of the Court of Common Pleas in New Haven County in No. 4144 be declared null, void and of no effect is dismissed for lack of jurisdiction. See General Statutes § 52-263; *State* v. *Whiteside,* 148 Conn. 208, 169 A.2d 260.